# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM MORTGAGE CORPORATION, a New Jersey corporation,<br><br>Defendant. | Case No. 3:18-cv-03344-JST<br><br>**ORDER STAYING ACTION UNTIL OCTOBER 15, 2018 PENDING PLAINTIFF'S THIRD PARTY DISCOVERY**<br><br>Judge Jon S. Tigar |

# ORDER

IT IS HEREBY ORDERED that, pursuant to the Stipulation made by and between Plaintiff Salam Razuki ("Plaintiff") and Defendant Freedom Mortgage Corporation ("Freedom"), and for good cause showing:

1. This action is stayed until and through October 15, 2018, pending Plaintiff's third party discovery;
2. The parties will file a joint status report on or before October 8, 2018 notifying the Court of the parties' intentions.

DATED: July 20, 2018

Honorable Jon S. Tigar
United States District Court Judge