UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI,<br><br>        Plaintiff,<br><br>    v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>        Defendant. | Case No. 18-cv-03344-JST<br><br>**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT AND DISMISSING FREEDOM MORTGAGE CORPORATION**<br><br>Re: ECF No. 22 |

Pursuant to the Stipulation made by and between Plaintiff Salam Razuki ("Plaintiff") and Defendant Freedom Mortgage Corporation ("Freedom"), and for good cause showing:

1. Plaintiff is granted leave to file a First Amended Complaint no later than October 19, 2018;
2. Freedom is dismissed from the action with prejudice; and
3. Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 17, 2018

_____
JON S. TIGAR
United States District Judge